JOSEPH WORRELL, Respondent, *v.* THOMAS E. MURRAY, JR., as Receiver of INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.

Submitted October 28, 1938; decided November 29, 1938.

*Charles F. Kingsley* and *James L. Quackenbush* for appellant.

*James G. Mitchell* and *Nathan Young* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.